IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COUNSEL CORPORATION,<br>    Plaintiff | )<br>)<br>) | CIVIL ACTION |
| v. | ) | No. 04-3852 |
| GARY J. WASSERSON,<br>    Defendant | )<br>)<br>) | |

| | | |
|---|---|---|
| GARY J. WASSERSON,<br>    Plaintiff | )<br>)<br>) | CIVIL ACTION |
| v. | ) | No. 04-3864 |
| I-LINK CORPORATION, et al.<br>    Defendants | )<br>)<br>) | |

## ORDER

**AND NOW**, this 31st day of March 2010, upon consideration of Plaintiff Wasserson's Motion to Confirm Award of the Arbitrator, Robert B. Davidson, Esquire of JAMS, the Resolution Experts [docket entry No. 44], Defendants I-Link Corp., et al.'s Opposition to Plaintiff Wasserson's Motion to Confirm Arbitration [docket entry No. 45], Defendants I-Link Corp., et al.'s Motion to Vacate, Modify and/or Correct Arbitral Award [docket entry No. 46], Defendants' I-Link Corp.'s Consolidated Memorandum of Points and Authorities in Support of Defendants' Motion to Vacate, Modify, and/or Correct Arbitral award and Opposition to Plaintiff's Motion to Confirm Award [docket entry No. 47], Wasserson's Response to the Consolidated Memorandum of Points and Authorities in Support of Defendants' Motion to Vacate, Modify, and/or Correct Arbitral award and Opposition to Plaintiff's Motion to Confirm Award [C.A. No. 04-3864, docket entry No. 52], Defendants' Reply in Further Support to

Vacate, Modify and/or Correct Arbitral Award [C.A. No. 04-3852, docket entry No. 52; C.A. No. 04-3864, docket entry No. 57], and for reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion is **DENIED**; and Plaintiff's Motion is **GRANTED** in part, and **DENIED** in part.

Further, Defendant Counsel Communications, Inc. ("CCI") is hereby **DISMISSED** with prejudice from Civil Action No. 04-3864, in accordance with the Arbitrator's findings in JAMS Arbitration No. 1420014521, Interim Award, dated April 24, 2009.

**JUDGMENT** shall be awarded to the remaining parties pursuant to JAMS Arbitration No. 1420014521, Corrected Final Award, dated July 10, 2009, which the Court hereby affirms.

Further, in light of the Court's Memorandum Opinion and Order, the parties' request for oral argument on their respective motions is hereby deemed **MOOT.**

It is so **ORDERED**.

**BY THE COURT**:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**